UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITZGERALD DAVIS, | No. 2:20-cv-01347-TLN-DB |
| Plaintiff, | |
| v. | **ORDER** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

Plaintiff is county jail detainee proceeding *pro se* with a civil rights lawsuit pursuant to 42 U.S.C. § 1983. Plaintiff alleges the Rio Consumnes Correctional Center is not complying with the Centers for Disease Control and Prevention's guidelines on COVID-19. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 23, 2020, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 7.) Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 23, are ADOPTED IN FULL; and

2. This action is DISMISSED.

3. The Clerk of Court is directed to close the case.

DATED: November 9, 2020

Troy L. Nunley
United States District Judge